FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: §
§ CASE NO. 05-47813
DAVID GLENN CHANEY, § (Chapter 7)
§
DEBTOR §

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS
REGISTR Y OF THE UNITED STATES BANKRUPTCY COURT**

**TO THE HONORABLE BRENDA T. RHOADES:**

The undersigned Trustee of the above styled estate states as follows for his Notice to Deposit Funds into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1. That he is the duly qualified and acting trustee in this case.

2. The trustee filed a Final Report with this Court on May 10, 2010. Distributions were made on June 16, 2010.

3. The following checks were not negotiated within the 90 period allowed:

    A. Check No. 3005, Hertz Equipment Rental, 3817 NW Expressway, Oklahoma City, OK 73112, in the amount of $157.99. These unclaimed funds should be paid into the unclaimed registry of this court.

    B. Check No. 3014, United Rentals c/o David M. Parks, Parks Huffman McVay Shepard & Wells, 503 E. Border Street, Arlington, TX 76010, in the amount of $190.32. These unclaimed funds should be paid into the unclaimed registry of this court.

4. Pursuant to 11 U.S.C. Section 347 and Chapter 129 of Title 28, U.S.C. and FRBP 3011, a check has been tendered to the Clerk of the U.S. Bankrupcty Court in the amount of $348.31.

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE
UNITED STATES BANKRUPTCY COURT - Page 1**

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY,
   & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

*/s/ Christopher J. Moser, Trustee*
State Bar No. 14572500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via regular U.S. Mail, postage prepaid on this 28th day of September, 2010, to U.S. Trustee, Bank of America Building, 110 North College Avenue, Room 300, Tyler, Texas 75702.

*/s/ Christopher J. Moser, Trustee*

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT - Page 2**

LR:T:\tcmswin\docman\CHANEY, DAVID GLENN [05-47813]\Unclaimed Funds .wpd